IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| vs. | * | CR. NO. 01-20085-04-D |
| | * | |
| LARRY TRULOVE | * | |
| | * | |

## ORDER HOLDING DEFENDANT FOR REVOCATION HEARING

On June 16, 2005, the defendant appeared before me on a charge of violation of the terms and conditions of his probation/supervised release in this matter. The defendant was or had been previously advised of his/her rights under FRCrP 5 and 32.1(a)(1) and appeared with counsel, Michael Scholl who had been appointed.

At this hearing, the Court, after hearing proof, concluded that probable cause was established that the defendant had violated the terms and conditions of his/her probation/supervised release.

Accordingly, defendant is held to a final revocation hearing before Judge Bernice B. Donald. It is presumed that the United States District Court will set this matter for a revocation hearing pursuant to FRCrP 32.1(a)(2), and will see that appropriate notices are given.

The defendant is remanded to the custody of the United States Marshal.

**IT IS SO ORDERED** this __16__ day of __June__, 2005.

S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _6-17-05_

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 392 in case 2:01-CR-20085 was distributed by fax, mail, or direct printing on June 17, 2005 to the parties listed.

---

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Michael Edwin Scholl
THE SCHOLL LAW FIRM
8 S. Third St.
Fourth Floor
Memphis, TN 38103--238

Honorable Bernice Donald
US DISTRICT COURT