IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 JUL -8 PM 5:27

CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

    Plaintiff,

VS.      No. 01-20085

LARRY JOE TRUELOVE,

    Defendant.

### ORDER GRANTING DEFENDANT'S MOTION TO CONTINUE HEARING

This cause came on upon the motion of the Defendant to continue the supervised release violation hearing set on July 11, 2005 at 1:30 p.m. For good cause shown, the Court hereby grants the Defendant's motion. The hearing is hereby reset for the 25 day of July, 2005 at 1:30 p.m.

**IT IS SO ORDERED** this 8 day of July, 2005.

BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 7-13-05

398

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 398 in case 2:01-CR-20085 was distributed by fax, mail, or direct printing on July 13, 2005 to the parties listed.

---

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Michael Edwin Scholl
THE SCHOLL LAW FIRM
8 S. Third St.
Fourth Floor
Memphis, TN 38103--238

Honorable Bernice Donald
US DISTRICT COURT