AO 245 S (Rev. 4/90)(N.D.Ala. rev.) Sheet 1 Judgment in a Criminal Case

Case 2:01-cr-20085-BBD   Document 401   Filed 07/28/05   Page 1 of 2   PageID 457

# UNITED STATES DISTRICT COURT
## Western District of Tennessee

FILED BY _____ D.C.

05 JUL 28 AM 11:44

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA
    Plaintiff,

VS.

LARRY JOE TRUELOVE
    Defendant.

Case Number 2: 01CR20085-04-D

01-20085

## JUDGMENT AND COMMITMENT ORDER
## ON SUPERVISED RELEASE VIOLATION
(For Offenses Committed On or After November 1, 1987)

The defendant, Larry Joe Truelove, was represented by Michael Edwin Scholl, Esq.

It appearing that the defendant, who was convicted on January 3, 2002, in the above styled cause and was placed on Supervised Release for a period of three (3) years and has violated the terms of Supervised Release.

It is hereby ORDERED and ADJUDGED that the Supervised Release of the defendant be revoked and that the defendant be committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **Fifteen (15) months.**

Furthermore, no additional supervised release shall be imposed.

The defendant is remanded to the custody of the United States Marshal.

Signed this the __28__ day of July, 2005.

BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 8-1-05

Defendant's SS No.: 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
Defendant's Date of Birth: 02/03/1981
U.S. Marshal No.: 17773-076
Defendant's Mailing Address: 1385 Quail Brook #1, Memphis, TN 38134

(401)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 401 in case 2:01-CR-20085 was distributed by fax, mail, or direct printing on August 1, 2005 to the parties listed.

---

Michael Edwin Scholl
THE SCHOLL LAW FIRM
8 S. Third St.
Fourth Floor
Memphis, TN 38103--238

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT